**PRUNE BARGAINING ASSOCIATION, a non-profit Cooperative Association, et al., Plaintiffs-Appellants,**

v.

**Robert BERGLAND (successor to Earl Butz), Secretary of Agriculture of the United States et al., Defendants-Appellees.**

No. 75–3046.

United States Court of Appeals, Ninth Circuit.

March 20, 1978.

Reginald Steer, of Pillsbury, Madison & Sutro, San Francisco, Cal., Bruce I. Cornblum (argued), San Diego, Cal., for plaintiffs-appellants.

Alexis Panagakos (argued), of Dept. of Justice, Washington, D. C., for defendants-appellees.

Before DUNIWAY, WRIGHT and SNEED, Circuit Judges.

PER CURIAM:

The judgment appealed from is affirmed for the reasons stated by Judge Orrick in his Memorandum Opinion, *Prune Bargaining Association v. Butz*, N.D.Cal., 1975, 444 F.Supp. 785. We add only that the judge did, on motion for new trial, consider appellants' "Corrected Exhibit C." As to that exhibit, he said:

[S]o far as the newly discovered evidence goes, I think it's inconsequential, at best, the changes in the figures—and irrelevant at the least.

(R.T. 198.)

He was right.

Affirmed.